UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>*Plaintiff,*<br><br>-against-<br><br>IRIS CAPITAL SECURITIES S.A.L., ANTOINE KHALIFE, and ONE OR MORE UNKNOWN PURCHASERS OF SECURITIES OF TELVENT GIT, S.A.,<br><br>*Defendants.* | Civil Action No.: 11-cv-03794 (TPG)<br><br>[PROPOSED] ORDER VACATING FREEZE ORDER |

IT IS HEREBY ORDERED that the Order Imposing Preliminary Injunction, Freezing Assets and Granting Other Relief, entered by the Court on July 13, 2011 (the "Freeze Order"), is VACATED; and

IT IS FURTHER ORDERED that Pershing LLC is directed to transfer the funds in the omnibus account held by Audi Saradar Private Bank (AUD001007) that were previously subject to the Freeze Order, $2,664,705.31, plus any interest that has accrued since the entry of the Freeze Order, to the following escrow account of defendants' attorneys:

| | |
|---|---|
| Bank Name | Bank of America<br>150 Broadway<br>New York, NY 10038<br>Phone # 1-800-727-8637<br>ABA # 026-009593 |
| Account Name | Schlam Stone & Dolan LLP<br>26 Broadway<br>New York, NY 10004<br>Escrow Account<br>Account # 00948-224-2002 |

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/25/12

SO ORDERED

_[signature]_
U.S.D.J.

5/25/12