UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>　　　　　　Plaintiff,<br><br>　　-against-<br><br>IRIS CAPITAL SECURITIES S.A.L., ANTOINE KHALIFE, and ONE OR MORE UNKNOWN PURCHASERS OF SECURITIES OF SECURITIES OF TELVENT GIT, S.A.,<br><br>　　　　　　Defendants. | No. 11-cv-3794 (TPG)<br><br>*ORDER TO SHOW CAUSE*<br><br>USDC SDNY<br>DOCUMENT<br>ELECTRONICALLY FILED<br>DOC #: _____<br>DATE FILED: 5/30/12 |

**TEMPORARY RESTRAINING ORDER ENJOINING SCHLAM STONE & DOLAN LLP FROM TRANSFERRING OR DISTRIBUTING ANY FUNDS TRANSFERRED TO THE FIRM'S ESCROW ACCOUNT PURSUANT TO MAY 25, 2012 ORDER**

On the application of Audi Saradar Private Bank ("ASPB") for a temporary restraining order pending hearing and determination of its Motion to Intervene, to Modify the May 25, 2012 Order, and to Enjoin Defendants' Counsel from Transferring or Distributing Any Funds Transferred to Them Pursuant to the May 25, 2012 Order, the Court, having considered the Declaration of Neil A. Steiner, sworn to May 30, 2012, and the accompanying Memorandum of Law in Support of ASPB's Motion, makes the following findings:

IT IS HEREBY ORDERED that the law firm of Schlam Stone & Dolan LLP ("Defendants' Counsel"), counsel to Defendants Iris Capital Securities S.A.L. and Antoine Khalife (collectively, "Defendants"), and all persons acting on behalf of or in concert with Defendants Counsel, are hereby restrained and enjoined from transferring or distributing any funds transferred to Defendants' Counsel's escrow account pursuant to this Court's May 25, 2012 Order Vacating Freeze Order in this action, including, without limitation, transferring or distributing any such funds to, for the benefit of or at the direction of Defendants; and

14459020

IT IS FURTHER ORDERED that, on or before June 1, 2012, security in the amount of $10,000 be given by ASPB for the payment of such costs and damages as may be incurred or suffered by Defendants' Counsel should it later be determined that they have been wrongfully enjoined or restrained; and

IT IS FURTHER ORDERED that Defendants' Counsel appear and show cause at a hearing to be held at the United States District Courthouse, 500 Pearl Street, New York, New York on June 7, 2012, at 4:00 pm, or as soon thereafter the parties may be heard, why the Court should not enter a preliminary injunction (a) requiring Defendants' Counsel, and all persons acting on behalf of or in concert with Defendants' Counsel, to return immediately to ASPB all funds transferred to Defendants' Counsel's escrow account pursuant to this Court's May 12 Order and (b) enjoining and prohibiting Defendants' Counsel, and all persons acting on behalf of or in concert with Defendants' Counsel, from transferring or distributing to any person other than ASPB any funds transferred to Defendants' Counsel's escrow account pursuant to this Court's May 25 Order in this action, including, without limitation, transferring or distributing any such funds to, for the benefit of or at the direction of Defendants.

DONE this _____ day of May, 2012.

_____
United States District Judge