



1095 Avenue of the Americas
New York, NY 10036-6797
+1 212 698 3500  Main
+1 212 698 3599  Fax
www.dechert.com

**GARY J. MENNITT**

gary.mennitt@dechert.com
+1 212 698 3831  Direct
+1 212 314 0011  Fax

June 1, 2012

**VIA EMAIL: MICHAEL_MURTAGH@NYSD.USCOURTS.GOV**

Hon. Thomas P. Griesa
United States District Judge
United States Courthouse
500 Pearl St.
New York, NY 10007-1312
Attn.: Michael Murtagh, Law Clerk

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 6/1/12

Re: **SEC v. Iris Capital Securities S.A.L. et al.; No. 11-cv-3794 (TPG)**

Dear Judge Griesa:

We represent non-party Audi Sarador Private Bank ("ASPB") herein. As the Court is aware, on the application of ASPB, a Temporary Restraining Order ("TRO") and Order to Show Cause ("OSC") was entered in this matter on May 30, 2012 concerning certain funds.

As counsel for the defendants and the undersigned jointly informed Chambers earlier today, the parties are in discussions to resolve this matter without further litigation or motion practice. In light of those discussions, we hereby jointly request that the hearing on the OSC currently scheduled for June 7, 2012 be adjourned until June 21, 2012 and that the date by which security for the TRO shall be given be adjourned to the same date.

We further respectfully request that the Court endorse this letter and enter the same as an order on the docket of this matter.

Counsel for the defendants herein has reviewed and approved this letter.

Respectfully submitted,

Gary J. Mennitt

Cc: Paul Kisslinger, Esq., via email: kisslingerp@sec.gov
    Jeffrey M. Eilender, Esq., via email: jme@schlamstone.com

*Approved.*

*Thomas P. Griesa by MM*

USDJ  6/1/12

US Austin  Boston  Charlotte  Hartford  New York  Orange County  Philadelphia  Princeton  San Francisco  Silicon Valley  Washington DC
EUROPE Brussels  Dublin  London  Luxembourg  Moscow  Munich  Paris  ASIA  Beijing  Hong Kong