

**Dechert**
LLP

**MEMO ENDORSED**

1095 Avenue of the Americas
New York, NY 10036-6797
+1 212 698 3500  Main
+1 212 698 3599  Fax
www.dechert.com

**GARY J. MENNITT**

gary.mennitt@dechert.com
+1 212 698 3831  Direct
+1 212 314 0011  Fax

June 19, 2012

**VIA EMAIL: MICHAEL_MURTAGH@NYSD.USCOURTS.GOV**

Hon. Thomas P. Griesa
United States District Judge
United States Courthouse
500 Pearl St.
New York, NY 10007-1312
Attn.: Michael Murtagh, Law Clerk

**SO ORDERED:**

George B. Daniels, U.S.D.J.

Dated: JUN 2  2012

Re: SEC v. Iris Capital Securities S.A.L. et al.; No. 11-cv-3794 (TPG)

Dear Judge Griesa:

We represent non-party Audi Saradar Private Bank ("ASPB") herein. As the Court is aware, on the application of ASPB, a Temporary Restraining Order ("TRO") and Order to Show Cause ("OSC") was entered in this matter on May 30, 2012 concerning certain funds. By endorsed order entered June 1, 2012 the hearing on the OSC was adjourned until June 21, 2012.

As we informed Chambers earlier today, the parties continue their discussions to resolve this matter without further litigation or motion practice. In light of those discussions, we hereby jointly request that the hearing on the OSC currently scheduled for June 21, 2012 be adjourned until July 6, 2012 and that the date by which security for the TRO shall be given be adjourned to the same date.

We further respectfully request that the Court endorse this letter and enter the same as an order on the docket of this matter.

Counsel for the defendants herein has informed the undersigned that they join in this request.

Respectfully submitted,

Gary J. Mennitt

Cc: Paul Kisslinger, Esq., via email: kisslingerp@sec.gov
    Brad J. Nash, via email: bnash@schlamstone.com

14472641

US  Austin  Boston  Charlotte  Hartford  Los Angeles  New York  Orange County  Philadelphia  Princeton  San Francisco
Silicon Valley  Washington DC   EUROPE  Brussels  Dublin  London  Luxembourg  Moscow  Munich  Paris   ASIA  Beijing  Hong Kong