UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x

SEC

-v-

One or More Unknown Purchasers
of Securities of Telvent GIT, SA

-----------------------------------------------------------x

ORDER OF REFERENCE
TO A MAGISTRATE JUDGE

11 cv 3794 (TPG)(JLC)

The above entitled action is referred to the designated Magistrate Judge for the following purpose(s):

✓ General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement)

✓ Specific Non-Dispositive Motion/Dispute:*
Motion for Preliminary Injunction & Order to Show Cause (doc ___ 37)

✓ If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral: ___

✓ Settlement*

___ Inquest After Default/Damages Hearing

___ Consent under 28 U.S.C. §636(c) for all purposes (including trial)
___ Consent under 28 U.S.C. §636(c) for limited purpose (e.g., dispositive motion, preliminary injunction)
Purpose: ___
___ Habeas Corpus
___ Social Security
___ Dispositive Motion (i.e., motion requiring a Report and Recommendation)
Particular Motion: ___

All such motions: ___

* Do not check if already referred for general pretrial.
Dated ___

JUN 27 2012

SO ORDERED:

George B. Daniels
HON. GEORGE B. DANIELS



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: ___
DATE FILED: 6/21/12