# SCHLAM STONE & DOLAN LLP

| HARVEY M. STONE | 26 BROADWAY | PETER R. SCHLAM (1944-2005) |
| RICHARD H. DOLAN | NEW YORK, N.Y. 10004 | OF COUNSEL |
| WAYNE I. BADEN | | RONALD G. RUSSO |
| MICHAEL A. BATTLE | (212) 344-5400 | MARY W. ANDERSON |
| JAMES C. SHERWOOD | | HILLARY S. ZILZ |
| THOMAS A. KISSANE | TELECOPIER: (212) 344-7677 | BRADLEY J. NASH |
| BENNETTE D. KRAMER | | VITALI S. ROSENFELD |
| JEFFREY M. EILENDER | www.schlamstone.com | |
| JOHN M. LUNDIN | | NIALL D. O'MURCHADHA |
| DAVID J. KATZ | | ANDREW S. HARRIS |
| JONATHAN MAZER | | SAMUEL L. BUTT |
| ERIK S. GROOTHUIS | | RAFFI MELKONIAN |
| ROBERT L. BEGLEITER | | DAVID G. ABRAMS |
| ELIZABETH WOLSTEIN | | |

RECEIVED JUN 25 2012 CHAMBERS OF JAMES L. COTT U.S.M.J.

June 22, 2012

**BY FACSIMILE (212-805-7990)**

Hon. James L. Cott
United States Magistrate Judge
United States Courthouse
500 Pearl Street
New York, NY 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/25/12

Re: *Securities and Exchange Commission v. Iris Capital Securities S.A.L.*
Case No. 11-cv-03794 (TPG)

Dear Judge Cott:

This firm represents Defendants Iris Capital Securities S.A.L. and Antoine Khalife in the above-referenced matter. I write to confirm that counsel for Defendants and non-party Audi Saradar Private Bank SAL will appear telephonically for a conference with the Court on July 5, 2012 at 10:30 a.m.

Respectfully submitted,

Bradley J. Nash

cc: Gary Mennitt, Esq. (by email)
Paul W. Kisslinger, Esq. (by email)

*[Handwritten annotation by Judge:]* Though the SEC is not involved in the dispute between defendants and non-party Audi Saradar, its counsel should also participate in the telephone conference scheduled for July 5 to provide a status update to the court.

SO ORDERED.
James L. Cott
USMJ  6/25/12

USDC SDNY
DATE SCANNED 6/25/12