# Dechert
LLP

1095 Avenue of the Americas
New York, NY 10036-6797
+1 212 698 3500 Main
+1 212 698 3599 Fax
www.dechert.com

**GARY J. MENNITT**

gary.mennitt@dechert.com
+1 212 698 3831 Direct
+1 212 314 0011 Fax

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 7/6/12

July 5, 2012

**RECEIVED JUL 0 5 2012 CHAMBERS OF JAMES L. COTT U.S.M.J.**

**VIA FACSIMILE (212) 805-7990**

Honorable James L. Cott
United States Magistrate Judge
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

Re: **SEC v. Iris Capital Securities S.A.L. et al.; No. 11-cv-3794 (TPG)** (JLC)

Dear Judge Cott:

We represent non-party Audi Saradar Private Bank ("ASPB") herein. As the Court is aware, on the application of ASPB, a Temporary Restraining Order ("TRO") and Order to Show Cause ("OSC") was entered by Judge Griesa in this matter on May 30, 2012 concerning certain funds. By endorsed order entered June 1, 2012 the hearing on the OSC was adjourned until June 21, 2012, and by endorsed order entered June 21, 2012 the hearing was further adjourned until July 6, 2012.

As counsel for the defendants and the undersigned jointly informed the Court earlier today the parties request that the hearing on the OSC currently scheduled for July 6, 2012 be adjourned until July 20, 2012 and that the date by which the security for the TRO shall be given be adjourned to be the same date.

At the Court's direction, the defendants and ASPB shall collectively attempt to obtain release of the Lebanese SIC's freeze on defendants' accounts at ASPB, and the setoff from ICS's account at ASPB the remaining amount at issue on ASPB's applications. The SEC indicated that it will assist in these efforts to the extent permissible. As directed by the Court, the parties will together contact Chambers on July 16, 2012 at 11:00 a.m. for a continued status conference.

Respectfully submitted,

\* GRANTED.

Gary J. Mennitt

**SO ORDERED:**

Hon. James L. Cott
United States Magistrate Judge
7/6/12

Cc: Paul Kisslinger, Esq., via email: kisslingerp@sec.gov
Brad J. Nash, via email: bnash@schlamstone.com

US Austin Boston Charlotte Hartford Los Angeles New York Orange County Philadelphia Princeton San Francisco Silicon Valley Washington DC EUROPE Brussels Dublin London Luxembourg Moscow Munich Paris ASIA Beijing Hong Kong

USDC SDNY
DATE SCANNED 7/6/12