# Dechert
LLP



**RECEIVED**
JUL 16 2012
CHAMBERS OF
JAMES L. COTT
U.S.M.J.

1095 Avenue of the Americas
New York, NY 10036-6797
+1 212 698 3500   Main
+1 212 698 3599   Fax
www.dechert.com

**GARY J. MENNITT**

gary.mennitt@dechert.com
+1 212 698 3831   Direct
+1 212 314 0011   Fax

July 16, 2012

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/16/12
```

**VIA FACSIMILE (212) 805-7990**

Honorable James L. Cott
United States Magistrate Judge
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

Re: SEC v. Iris Capital Securities S.A.L. et al.; No. 11-cv-3794 (TPG)

Dear Judge Cott:

We represent non-party Audi Saradar Private Bank ("ASPB") herein. As the Court is aware, on the application of ASPB, a Temporary Restraining Order ("TRO") and Order to Show Cause ("OSC") was entered by Judge Griesa in this matter on May 30, 2012 concerning certain funds. By endorsed order entered June 1, 2012 the hearing on the OSC was adjourned until June 21, 2012, by endorsed order entered June 21, 2012 the hearing was further adjourned until July 6, 2012, and by endorsed order entered July 6, 2012 the hearing was further adjourned until July 20, 2012.

As counsel for the defendants and the undersigned jointly informed the Court earlier today the parties request that the hearing on the OSC currently scheduled for July 20, 2012 be adjourned until August 17, 2012 at 10:00 a.m. and that the date by which the security for the TRO shall be given be adjourned to be the same date.

At the Court's direction, the defendants and ASPB shall continue to collectively attempt to obtain release of the Lebanese SIC's freeze on ICS' account at ASPB, and the setoff from that account of the remaining amount at issue on ASPB's applications. In particular, the defendants' counsel will send a letter supporting the SIC's release of the ICS account freeze. As directed by the Court, the parties will together contact Chambers on July 27, 2012 at 10:00 a.m. for a continued status conference.

Respectfully submitted,

Gary J. Mennitt

**SO ORDERED:**

Hon. James L. Cott
United States Magistrate Judge
7/16/12

Cc: Paul Kisslinger, Esq., via email: kisslingerp@sec.gov
    Brad J. Nash, via email: bnash@schlamstone.com

US  Austin  Boston  Charlotte  Hartford  Los Angeles  New York  Orange County  Philadelphia  Princeton  San Francisco  Silicon Valley  Washington DC   EUROPE  Brussels  Dublin  London  Luxembourg  Moscow  Munich  Paris   ASIA  Beijing  Hong Kong

USDC SDNY
DATE SCANNED  7/16/12

