



1095 Avenue of the Americas
New York, NY 10036-6797
+1 212 698 3500  Main
+1 212 698 3699  Fax
www.dechert.com

**GARY J. MENNITT**

gary.mennitt@dechert.com
+1 212 698 3631  Direct
+1 212 314 0011  Fax

August 14, 2012

**VIA FACSIMILE (212) 805-7990**

Honorable James L. Cott
United States Magistrate Judge
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

> USDC SDNY
> DOCUMENT
> ELECTRONICALLY F...
> DOC #: _____
> DATE FILED: 8/14/12

Re: **SEC v. Iris Capital Securities S.A.L. et al.; No. 11-cv-3794 (TPG)**

Dear Judge Cott:

We represent non-party Audi Saradar Private Bank ("ASPB") herein. As the Court is aware, on the application of ASPB, a Temporary Restraining Order ("TRO") and Order to Show Cause ("OSC") was entered by Judge Griesa in this matter on May 30, 2012 concerning certain funds. By endorsed order entered June 1, 2012 the hearing on the OSC was adjourned until June 21, 2012, by endorsed order entered June 21, 2012 the hearing was further adjourned until July 6, 2012, by endorsed order entered July 6, 2012 the hearing was further adjourned until July 20, 2012, and by endorsed order entered July 16, 2012 the hearing was further adjourned until August 17, 2012.

As counsel for the defendants and the undersigned jointly informed the Court yesterday, the parties request that the hearing on the OSC currently scheduled for August 17, 2012 be adjourned until September 7, 2012 at 10:00 a.m. and that the date by which the security for the TRO shall be given be adjourned to be the same date.

At the Court's direction, the defendants and ASPB shall continue to collectively attempt to obtain release of the Lebanese SIC's freeze on ICS' account at ASPB, and the setoff from that account of the remaining amount at issue on ASPB's applications. The parties will together contact Chambers on September 4, 202 at 11:00 a.m. for a continued status conference.

Respectfully submitted,

*[signature]*

Gary J. Mennitt

*These requests are GRANTED*

**SO ORDERED:**

*[signature]*

Hon. James L. Cott
**United States Magistrate Judge**  8/14/12

Cc: Paul Kisslinger, Esq., via email: kisslingerp@sec.gov
    Brad J. Nash, via email: bnash@schlamstone.com

14528777

US Austin Boston Charlotte Hartford Los Angeles New York Orange County Philadelphia Princeton San Francisco
Silicon Valley Washington DC  EUROPE Brussels Dublin London Luxembourg Moscow Munich Paris  ASIA Beijing Hong Kong

USDC SDNY
DATE SCANNED   8/14/12