UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
SECURITIES AND EXCHANGE
COMMISSION,

                  Plaintiff,

      -v-

IRIS CAPITAL SECURITIES S.A.L.,
ANTOINE KHALIFE, and ONE OR MORE
UNKNOWN PURCHASERS OF SECURITIES
OF TELVENT GIT, S.A.,

                  Defendants.
-----------------------------------------------------------X

ORDER

11 Civ. 3794 (TPG) (JLC)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 9/4/12

**JAMES L. COTT, United States Magistrate Judge.**

    As set forth during the telephone conference today:

    1.    Intervenor Audi Sarador Private Bank ("Audi") will advise the Court by Friday, September 7, 2012 whether it will withdraw, without prejudice, its May 30, 2012 application for an Order to Show Cause ("OSC") and temporary restraining order ("TRO"), by which it seeks to enjoin Defendants' counsel from transferring or distributing any funds transferred to them by Pershing LLC pursuant to the Court's May 25, 2012 Order Vacating Freeze Order. (Dkt Nos. 37-39). If Audi does not withdraw its application for a preliminary injunction, Defendants shall file an opposition by September 12, and Audi shall file any response by September 19, 2012. The September 7 hearing date on the OSC is adjourned, and, by agreement of the parties, the TRO is extended until September 21, 2012. The parties shall not appear for hearing on the OSC unless further directed by the Court.

USDC SDNY
DATE SCANNED 9/4/12

2. By letter dated May 21, 2012, the Securities Exchange Commission ("SEC") has requested that the Court dismiss this action without prejudice pursuant to Rule 41 of the Federal Rules of Civil Procedure. Defendants, who oppose the application, shall submit a formal opposition to the Court by September 12, and the SEC shall file any response by September 19, 2012. Unless otherwise directed by the Court, the parties should direct these submissions to Judge Griesa.

**SO ORDERED.**

Dated: New York, New York
September 4, 2012

_____
JAMES L. COTT
United States Magistrate Judge