PC

# SCHLAM STONE & DOLAN LLP

**MEMO ENDORSED**

| | | |
|---|---|---|
| HARVEY M. STONE | | PETER R. SCHLAM (1944-2005) |
| RICHARD H. DOLAN | | OF COUNSEL |
| WAYNE I. BADEN | | RONALD G. RUSSO |
| MICHAEL A. BATTLE | | MARY W. ANDERSON |
| JAMES C. SHERWOOD | (212) 344-5400 | HILLARY S. ZILZ |
| THOMAS A. KISSANE | TELECOPIER: (212) 344-7677 | BRADLEY J. NASH |
| BENNETTE D. KRAMER | | VITALI S. ROSENFELD |
| JEFFREY M. EILENDER | www.schlamstone.com | |
| JOHN M. LUNDIN | | NIALL D. O'MURCHADHA |
| DAVID J. KATZ | | ANDREW S. HARRIS |
| JONATHAN MAZER | | SAMUEL L. BUTT |
| ERIK S. GROOTHUIS | | RAFFI MELKONIAN |
| ROBERT L. BEGLEITER | | |
| ELIZABETH WOLSTEIN | | |



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: Sept 12, 2012

September 11, 2012



RECEIVED SEP 12 2012 CHAMBERS OF JUDGE GRIESA

**BY FACSIMILE (212-805-7908)**

Hon. Thomas P. Griesa
United States Magistrate Judge
United States Courthouse
500 Pearl Street
New York, NY 10007

Re: *Securities and Exchange Commission v. Iris Capital Securities S.A.L.*
Case No. 11-cv-03794 (TPG)

Dear Judge Griesa:

This firm represents Defendants Iris Capital Securities S.A.L. and Antoine Khalife ("Defendants") in the above-referenced matter. On September 4, 2012, Magistrate Judge Cott entered a scheduling order under which Defendants' response to the SEC's application to dismiss the action without prejudice is due on September 12. I write to request that the Court extend that deadline to September 24, 2012, and extend the SEC's time to submit a reply to October 1. Counsel for the SEC, Paul W. Kisslinger, Esq., has informed me that he consents to this adjournment.

We thank the Court for its attention to this matter.

*Approved*
Thomas P. Griesa
9/12/12

Respectfully submitted,

Bradley J. Nash

cc: Paul W. Kisslinger, Esq. (by email)