UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>_Plaintiff,_<br><br>-against-<br><br>IRIS CAPITAL SECURITIES S.A.L., ANTOINE KHALIFE, and ONE OR MORE UNKNOWN PURCHASERS OF SECURITIES OF TELVENT GIT, S.A.,<br><br>_Defendants._ | Civil Action No.: 11-cv-03794 (TPG)<br><br>**STIPULATION AND [PROPOSED] ORDER** |

WHEREAS, on or about May 30, 2012, Audi Saradar Private Bank SAL ("ASPB") moved by order to show cause (1) to intervene in this action; (2) to modify an order entered by the Court on or about May 25, 2012, directing Pershing LLC to transfer certain funds to the escrow account of Schlam Stone & Dolan LLP ("Schlam Stone"), counsel for Defendants, Antoine Khalife and Iris Capital Securities S.A.L. (together, "ICS"); and (3) to enjoin, _inter alia_, ICS' counsel from transferring or distributing any funds transferred to them by Pershing LLC (the "Motion"); and

WHEREAS, on or about May 30, 2012, the Court signed the proposed order to show cause (the "OSC"), which included a temporary restraining order (the "TRO") enjoining, _inter alia_, Schlam Stone from transferring or distributing any funds transferred to them by Pershing LLC; and

WHEREAS, ASBP and ICS now wish to resolve the Motion, the OSC and the TRO, on consent;

NOW, THEREFORE, ASPB and ICS hereby agree as follows:

1.    The OSC, including the TRO, is vacated without prejudice and the Motion is withdrawn without prejudice, on consent of all parties.

2.    ASPB and ICS shall each bear their own costs, expenses, and attorneys' fees in connection with the Motion, the OSC and the TRO and neither shall bring a claim

14542372.3

against the other for damages, or assert that there are such damages, arising from the Motion, the OSC and the TRO.

3. ASPB and ICS expressly reserve, and do not waive, any other claims they may have against each other.

4. This Stipulation does not constitute an admission by ASPB or ICS as to the merits of the Motion, the OSC, or the TRO.

5. This Stipulation may not be introduced in any action or proceeding by anyone for any purpose except to evidence or to enforce the terms hereof.

Date: September 7, 2012

DECHERT LLP

By: _____
Gary J. Mennitt, Esq.
Dechert LLP
1095 Avenue of the Americas
New York, NY 10036-6797
*Counsel for ASPB*

Date: September 7, 2012

Sept, 19 2012

SCHLAM STONE & DOLAN LLP

By: _____
Jeffrey M. Eilender
Schlam Stone & Dolan LLP
26 Broadway
New York, NY 10004
*Counsel for ICS*

SO ORDERED

_____
U.S.D.J.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: Sept 19 2012

2