# SCHLAM STONE & DOLAN LLP

PC

| | 26 BROADWAY | PETER R. SCHLAM (1944-2005) |
|---|---|---|
| HARVEY M. STONE | | OF COUNSEL |
| RICHARD H. DOLAN | NEW YORK, N.Y. 10004 | RONALD G. RUSSO |
| WAYNE I. BADEN | | MARY W. ANDERSON |
| MICHAEL A. BATTLE | (212) 344-5400 | HILLARY S. ZILZ |
| JAMES C. SHERWOOD | | BRADLEY J. NASH |
| THOMAS A. KISSANE | TELECOPIER: (212) 344-7677 | VITALI S. ROSENFELD |
| BENNETTE D. KRAMER | | |
| JEFFREY M. EILENDER | | NIALL D. O'MURCHADHA |
| JOHN M. LUNDIN | | ANDREW S. HARRIS |
| DAVID J. KATZ | | SAMUEL L. BUTT |
| JONATHAN MAZER | | RAFFI MELKONIAN |
| ERIK S. GROOTHUIS | | |
| ROBERT L. BEGLEITER | | |
| ELIZABETH WOLSTEIN | | |

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: Sept 25 2012

September 21, 2012



**BY FACSIMILE (212-805-7908)**

Hon. Thomas P. Griesa
United States Magistrate Judge
United States Courthouse
500 Pearl Street
New York, NY 10007

  Re: *Securities and Exchange Commission v. Iris Capital Securities S.A.L.*
    Case No. 11-cv-03794 (TPG)

Dear Judge Griesa:

  This firm represents Defendants Iris Capital Securities S.A.L. and Antoine Khalife ("Defendants") in the above-referenced matter. I write to request that the Court approve the adjournment of Defendants' time to respond to the SEC's application to dismiss the action without prejudice to October 5, 2012, and the SEC's time to submit a reply to October 12, 2012. Counsel for the SEC, Paul W. Kisslinger, Esq., has informed me that he consents to this request.

  We thank the Court for its attention to this matter.

**MEMO ENDORSED**

Respectfully submitted,

*Bradley J. Nash*

Bradley J. Nash

cc: Paul W. Kisslinger, Esq. (by email)

*Approved*
*Thomas P. Griesa*
9/25/12