# SCHLAM STONE & DOLAN LLP

| | 26 BROADWAY | PETER R. SCHLAM (1944-2005) |
|---|---|---|
| HARVEY M. STONE | | OF COUNSEL |
| RICHARD H. DOLAN | NEW YORK, N.Y. 10004 | RONALD G. RUSSO |
| WAYNE I. BADEN | | MARY W. ANDERSON |
| MICHAEL A. BATTLE | (212) 344-5400 | HILLARY S. ZILZ |
| JAMES C. SHERWOOD | | BRADLEY J. NASH |
| THOMAS A. KISSANE | TELECOPIER: (212) 344-7677 | VITALI S. ROSENFELD |
| BENNETTE D. KRAMER | | |
| JEFFREY M. EILENDER | www.schlamstone.com | NIALL D. O'MURCHADHA |
| JOHN M. LUNDIN | | ANDREW S. HARRIS |
| DAVID J. KATZ | | SAMUEL L. BUTT |
| JONATHAN MAZER | | RAFFI MELKONIAN |
| ERIK S. GROOTHUIS | | |
| ROBERT L. BEGLEITER | | |
| ELIZABETH WOLSTEIN | | |



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: Oct 4, 2012

MEMO ENDORSED

**BY FACSIMILE (212-805-7908)**

Hon. Thomas P. Griesa
United States Magistrate Judge
United States Courthouse
500 Pearl Street
New York, NY 10007

    Re: *Securities and Exchange Commission v. Iris Capital Securities S.A.L.*
       Case No. 11-cv-03794 (TPG)

Dear Judge Griesa:

    This firm represents Defendants Iris Capital Securities S.A.L. and Antoine Khalife ("Defendants") in the above-referenced matter. I write to request that the Court approve the adjournment of Defendants' time to respond to the SEC's application to dismiss the action without prejudice to October 12, 2012, and the SEC's time to submit a reply to October 19, 2012. Counsel for the SEC, Paul W. Kisslinger, Esq., consents to this request.

    We thank the Court for its attention to this matter.

                      Respectfully submitted,

                       Bradley J. Nash

cc:  Paul W. Kisslinger, Esq. (by email)

Approved
Thomas P. Griesa
USDJ
10/4/12