# SCHLAM STONE & DOLAN LLP

| | | |
|---|---|---|
| HARVEY M. STONE<br>RICHARD H. DOLAN<br>WAYNE I. BADEN<br>MICHAEL A. BATTLE<br>JAMES C. SHERWOOD<br>THOMAS A. KISSANE<br>BENNETTE D. KRAMER<br>JEFFREY M. EILENDER<br>JOHN M. LUNDIN<br>DAVID J. KATZ<br>JONATHAN MAZER<br>ERIK S. GROOTHUIS<br>ROBERT L. BEGLEITER<br>ELIZABETH WOLSTEIN | 26 BROADWAY<br>NEW YORK, N.Y. 10004<br><br>(212) 344-5400<br>TELECOPIER: (212) 344-7677<br>www.schlamstone.com | PETER R. SCHLAM (1944-2005)<br>OF COUNSEL<br>RONALD G. RUSSO<br>MARY W. ANDERSON<br>HILLARY S. ZILZ<br>BRADLEY J. NASH<br>VITALI S. ROSENFELD<br>NIALL D. O'MURCHADHA<br>ANDREW S. HARRIS<br>SAMUEL L. BUTT |

RECEIVED OCT 12 2012 CHAMBERS OF JUDGE GRIESA

**MEMO ENDORSED**

October 11, 2012

**BY FACSIMILE (212-805-7908)**

Hon. Thomas P. Griesa
United States ~~Magistrate~~ District Judge
United States Courthouse
500 Pearl Street
New York, NY 10007



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: Oct 12, 2012

Re: *Securities and Exchange Commission v. Iris Capital Securities S.A.L.*
Case No. 11-cv-03794 (TPG)

Dear Judge Griesa:

This firm represents Defendants Iris Capital Securities S.A.L. and Antoine Khalife ("Defendants") in the above-referenced matter. The parties are continuing to discuss a possible resolution of this matter. Accordingly, I write to request that the Court approve a final one-week adjournment of Defendants' time to respond to the SEC's application to dismiss the action without prejudice to October 19, 2012, and the SEC's time to submit a reply to October 26, 2012. Counsel for the SEC, Paul W. Kisslinger, Esq., consents to this request.

We thank the Court for its attention to this matter.

*Approved*
*Thomas P. Griesa*
*USDJ 10/12/12*

Respectfully submitted,

Bradley J. Nash

cc: Paul W. Kisslinger, Esq. (by email)