UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>*Plaintiff,*<br><br>-against-<br><br>IRIS CAPITAL SECURITIES S.A.L., ANTOINE KHALIFE, and ONE OR MORE UNKNOWN PURCHASERS OF SECURITIES OF TELVENT GIT, S.A.,<br><br>*Defendants.* | 1:11-CV-03794 (TPG)<br><br>ECF CASE<br><br>**NOTICE OF CROSS-MOTION FOR SUMMARY JUDGMENT** |

**PLEASE TAKE NOTICE** that, upon the Declaration of Antoine Khalife, dated October 19, 2012 and the exhibits annexed thereto, the Declaration of Paul Batista, Esq., dated October 19, 2012, and the exhibits annexed thereto, the accompanying memorandum of law, and all prior pleadings and proceedings herein, Defendants Iris Capital Securities S.A.L. and Antoine Khalife, by their counsel Schlam Stone & Dolan LLP, will move this Court, at the United States Courthouse, Room 26B, 500 Pearl Street New York, New York 10007, as soon as counsel may be heard, for an Order granting summary judgment to Defendants, dismissing the complaint of Plaintiff the Securities and Exchange Commission with prejudice.

Dated: New York, New York
October 19, 2012

**SCHLAM STONE & DOLAN LLP**

By: /s/ Paul Batista
    Paul Batista
    Jeffrey M. Eilender
    Bradley J. Nash
    Raffi Melkonian
    26 Broadway
    New York, New York 10004
    Telephone: (212) 344-5400
    Facsimile: (212) 344-7677

*Attorneys for Defendants Iris Capital Securities S.A.L. and Antoine Khalife*

**To**: Paul W. Kisslinger, Esq.
U.S. Securities and Exchange Commission
100 F Street, N.E.
Washington, DC 20549
Telephone: 202-551-4953
Fax: 202-772-9631

*Attorney for Plaintiff*