# Exhibit B



# SEC probing Switzerland-based group for passing around inside information

By KAJA WHITEHOUSE
Last Updated: 2:24 PM, March 10, 2012
Posted: 11:12 PM, March 9, 2012

Wall Street's top cop is probing a Switzerland-based group of moneymen for passing around illegal insider tips about American and European companies, including Arch Chemical of Norwalk, Conn., The Post has learned.

The existence of the probe by Mary Schapiro's Securities and Exchange Commission recently came to light as the regulator moved to drop a civil lawsuit against one member of the alleged ring — a Turkish trader living in Geneva named Yomi Rodrig.

The SEC sued two of Rodrig's money management firms last year for allegedly trading ahead of the $1.2 billion buyout of Arch in July 2011.

The move to drop the case against Rodrig is driven, in large part, by the SEC's desire to build an even bigger case that alleges Rodrig shared illegal stock tips with at least three other Geneva traders, The Post has learned.

One of the traders, Antoine Khalife, founder of Iris Capital Securities, was charged in a seemingly unrelated case last November for trading in the $2 billion acquisition of Spain's Telvent by France's Schneider Electric in June.

The SEC is also looking at Lucien Selce, founder of Vista Capital Management SA, and Thierry Braha, founder of Stokors SA. Neither man has been charged with any wrongdoing.

Braha told The Post he has not been contacted by the SEC. Selce didn't return a request for comment.

All four men were named in the SEC's February motion to dismiss the Rodrig case "without prejudice."

A person close to the case also told The Post that the SEC has been investigating "a major insider trading ring" involving the four traders.

Khalife's lawyer, Paul Batista, called the SEC's allegation "a fantasy-land proposition," and said he looks forward to "the spectacle of watching the SEC try to prove it."

Rodrig's lawyer, Ira Sorkin, wasn't immediately available for comment.

In a court filing, the SEC has accused Rodrig, who was "vacationing on a boat in Turkey" at the time of the Arch trades, of attempting to thwart their investigation by tossing away his BlackBerry.

NEW YORK POST is a registered trademark of NYP Holdings, Inc.

nypost.com , nypostonline.com , and newyorkpost.com are trademarks of NYP Holdings, Inc.

Copyright 2012 NYP Holdings, Inc. All rights reserved. Privacy | Terms of Use