# Exhibit C

**Four Geneva traders in American sights (article that appeared on March 18th)**

*The police of the American stock exchange are closely interested in four Geneva traders whom they suspect of insider trading. Their secrets may be in one of their BlackBerrys, but the telephone unfortunately fell into water*

Robert Nesbitt has seen it all from his brand new office on 100th Street in Washington. This "market surveillance" specialist works in the new unit of the Securities and Exchange Commission (SEC) created in 2010 to fight against "market abuse" of all kinds. He, like his forty colleagues, passes his days observing the world markets in search of "suspicious transactions". They also use a database called TCR (Tips, Complaints and Referrals), developed jointly with the behavioral analysis unit of the FBI, which collects all of the accusations and anonymous tips sent to the SEC.

Last summer, the Robert Nesbitt's attention was attracted by a series of suspicious transactions on the market price of a small Spanish manufacturer of electrical installations, Telvent GIT. One week before the announcement of its purchase by the French company Schneider Electric, some lucky individuals had invested a lot of money in it, and hit the bull's eye. The communication announcing the purchase, distributed on June 1, 2011, before the markets opened, multiplied their investment by 6. The unknown individuals immediately sold their positions and pocketed their gains.

For the SEC, there was no doubt about it: "The purchase of options in large quantities several days before a public announcement, followed by their immediate resale, is a typical behavior that implies strong suspicions of insider trading" explained Robert Nesbitt before a court. Less than one month after the transaction, SEC investigators traced this transaction to a Lebanese bank, Audi Saradar Private Bank. But the trail vanished there. And then a name came to their ears.

On last November 4, the SEC filed a complaint against a trader of Lebanese origin operating in Geneva, Antoine Khalife. The owner of the company Iris Capital, based in Beirut, was accused of being the origin of the suspicious transactions concerning the Telvent stock.

The SEC says it was led to him due to information gathered in another matter launched seven months earlier and implicating another Geneva financier. The Turkish trader, Yomi Rodrig, had also been the subject of an insider tradiing complaint. During a cruise on the Mediterranean last July, the

trader suddenly purchased one million shares of the American company Arch Chemicals, a stock in which he had never invested previously. An apparently risky bet, but which was immediately sold for a formidable profit. On the morning of July 11, the surprise announcement of the purchase of the company by the Swiss Company Lonza caused the stock to bounce. The coup brought back 16 million dollars to the trader and to his companies.

The American authorities have not skimped on shining the light on the dark side of Yomi Rodrig's jackpot.  The SEC initially seized 23 million dollars held by his companies and partners in New York, and then sent letters rogatory to France, Great Britain, Luxembourg, the Bahamas, Holland and Switzerland. The American investigators have seized the e-mails and the telephone records of the company, and interrogated eight of his employees in Geneva.

One single element has escaped the investigators: the trader's BlackBerry. Yomi Rodrig has explained that his telephone became unusable after being "dropped in the water" on August 11 and he made available a Swisscom quote to prove it. The SEC, who tried to obtain the trader's SMS and his contacts list, considers this disappearance as destruction of evidence.

Despite this missing piece, the Commission says that is ready to prove that "Yomi Rodrig and his associates" engaged in serial crimes of insider trading from at least 2007. Besides Yomi Rodrig and Antoine Khalife, the "network" extends to two other Geneva investors. Among them, the French investor L. S., nicknamed the "genius of geniuses" in on-line investor forums. The offices of these four intuitive traders are less than 400 meters from each other in the center of Geneva.

Questioned by "Le Matin Dimanche", two of the four financiers swear that they do not know each other, or only know each other "by sight", and that they have never done any business together. All of them vigorously deny the facts alleged against them. The fact that several of them invested in the Telvent stock last June is only a "coincidence".  Antoine Khalife did not respond to our messages.

In an unexpected turnaround of one situation, on February 24, the stock exchange police proposed that the judge put an end to the proceedings launched last summer against Yomi Rodrig. The SEC justified this request by its wish to initiate a broader case against three other traders. Yomi Rodrig's entourage believes the opposite; this abandonment of the charges demonstrates to what extent "the SEC file is empty".  He denies having given information to the three Geneva financiers, who he says he does not know. Yomi Rodrig is defended by a star of the New York bar, Ira Lee Sorkin, who notably represents Bernard Madoff.



**143 RODNEY STREET**

**BROOKLYN, N.Y. 11211**

TEL. (718) 384-8040

FAX: (718) 388-3516

# CERTIFICATE OF ACCURACY

I, Rachel Weiss, Project Manager at Targem Translations, Inc., located at 143 Rodney Street in Brooklyn, New York, do hereby certify that our translators who are capable of professionally translating from French into English and vice versa, have completed the translation of file name 'E-Mail May 14 (00120663)' and 'Article(00120664)' from French into English faithfully, to the best of their knowledge and ability.

Date: October 18, 2012

_Rachel Weiss_

Rachel Weiss

PROFESSIONAL TRANSLATIONS OF FOREIGN LANGUAGES

# Quatre traders genevois sont dans le viseur américain

*In Le Matin Dimanche 18/03/12*

**JUSTICE** Le gendarme de la Bourse américaine s'intéresse de près à quatre traders genevois qu'il soupçonne de délit d'initié. Leurs secrets se trouvaient peut-être sur le BlackBerry de l'un d'entre eux, mais le téléphone est malencontreusement tombé dans l'eau.

**François Pilet**
francois.pilet@edipresse.ch



La SEC soupçonne un «réseau» de traders genevois de s'être livré à des délits d'initié en série depuis 2007. Les intéressés affirment ne pas se connaître. Leurs bureaux se trouvent tous à moins de 400 mètres les uns des autres au centre de Genève. *Google*

Robert Nesbitt a tout vu depuis son bureau flambant neuf de la 100e rue, à Washington. Ce spécialiste de la «surveillance des marchés» travaille au sein d'une nouvelle unité de la Commission boursière américaine (SEC) créée en 2010 pour lutter contre les «abus de marché» en tous genres. Lui, comme sa quarantaine de collègues, passe leurs journées à observer les marchés boursiers mondiaux en quête de «transactions suspectes». Ils utilisent aussi une base de données appelée TRC (Tips, Complaints and Referrals), développée conjointement avec l'unité d'analyse comportementale du FBI, qui récolte l'ensemble des dénonciations et des tuyaux anonymes adressés à la SEC.

L'été dernier, l'attention de Robert Nesbitt a été attirée par une série de transactions suspectes sur le cours d'un petit producteur espagnol d'installations électriques, Telvent GIT. Une semaine avant l'annonce de son rachat par le français Schneider Electric, des petits chanceux avaient misé gros, et en plein dans le mille. Le communiqué annonçant le rachat, diffusé le 1er juin 2011 avant l'ouverture des marchés, a multiplié leur mise par six. Les inconnus avaient aussitôt liquidé leurs positions et empoché leur gain.

Pour la SEC, l'affaire ne fait pas un pli: «l'achat d'options en grandes quantités quelques jours avant une annonce publique suivie de leur revente immédiate est un comportement typique, qui implique de forts soupçons de délit d'initié», a expliqué Robert Nesbitt devant un tribunal. Moins d'un mois après la transaction, les enquêteurs de la SEC étaient remontés jusqu'à une banque libanaise, Audi Saradar Private Bank. Mais la piste s'évanouissait là. Et puis un nom leur est arrivé aux oreilles.

Le 4 novembre dernier, la SEC a porté plainte contre un trader d'origine libanaise installé à Genève, Antoine Khalife. Le patron de la société Iris Capital, basée à Beyrouth, est accusé d'être à l'origine des transactions suspectes sur le titre Telvent.

> «L'achat d'options en quantité juste avant une annonce est un comportement typique, qui implique de forts soupçons de délit d'initié»
> **ROBERT NESBITT**
> Analyste à la Commission boursière américaine

La SEC dit être remontée jusqu'à lui grâce aux informations réunies dans une autre affaire lancée sept mois plus tôt et impliquant un autre financier genevois. Le trader d'origine turque, Yomi Rodrig, avait lui aussi fait l'objet d'une plainte pour délit d'initié. Lors d'une croisière sur la Méditerranée, en juillet dernier, le trader avait soudain acheté un million d'actions de la société américaine Arch Chemicals, un titre sur lequel il n'avait jamais misé auparavant. Un pari apparemment risqué, mais qui s'était soldé par une formidable plus-value. Au matin du 11 juillet, l'annonce surprise du rachat de la compagnie par le Suisse Lonza avait fait bondir le titre. Le coup avait rapporté 16 millions de dollars au trader et à ses sociétés.

### Zut, mon BlackBerry

Les autorités américaines n'ont pas lésiné pour éclaircir les dessous du jackpot de Yomi Rodrig. La SEC a d'abord fait saisir 23 millions de dollars détenus par ses sociétés et partenaires à New York, puis adressé des commissions rogatoires en France, en Grande-Bretagne, au Luxembourg, aux Bahamas, en Hollande et en Suisse. Les enquêteurs américains ont fait saisir les e-mails et les relevés téléphoniques de la société, et interrogé huit de ses employés à Genève.

Un seul élément a échappé aux enquêteurs: le BlackBerry du trader. Yomi Rodrig a expliqué que son téléphone était devenu inutilisable après être «tombé dans l'eau» le 11 août dernier et qu'il disposait d'un devis de Swisscom pour le prouver. La SEC, qui cherchait à obtenir les SMS du trader et sa liste de contacts, considère cette disparition comme une destruction de preuves.

Malgré cette pièce manquante, la Commission dit être en mesure de prouver que «Yomi Rodrig et ses associés» étaient engagés dans des délits d'initiés en série depuis au moins 2007. Outre Yomi Rodrig et Antoine Khalife, le «réseau» s'étendrait à deux autres investisseurs genevois.

Parmi eux, l'investisseur français L. S., surnommé le «génie des génies» sur des forums de boursicoteurs en ligne. Les bureaux de ces quatre traders au nez creux se trouvent tous à moins de 400 mètres l'un de l'autre au centre de Genève.

Interrogés par «Le Matin Dimanche», deux des quatre financiers jurent ne pas se connaître, ou seulement «de vue», et n'avoir jamais fait d'affaires ensemble. Tous nient vigoureusement les faits qui leur sont reprochés. Le fait que plusieurs d'entre eux aient misé sur le titre Telvent en juin dernier ne serait qu'un «hasard». Antoine Khalife, n'a pas répondu à nos messages.

### Happy end pour Yomi Rodrig

Dans un retournement de situation inattendu, le 24 février, le gendarme boursier a proposé au juge d'annuler les poursuites lancées l'été dernier contre Yomi Rodrig. La SEC justifie cette demande par sa volonté d'instruire une affaire de plus grande ampleur contre les trois autres traders. L'entourage de Yomi Rodrig estime qu'au contraire, cet abandon des charges montre seulement à quel point «le dossier de la SEC est vide». Il nie avoir livré des informations sur les trois financiers genevois, qu'il dit ne pas connaître. Yomi Rodrig est défendu par une star du barreau newyorkais, Ira Lee Sorkin, qui représente notamment Bernard Madoff.

**Quatre traders genevois dans le viseur américain (article paru le 18 mars)**

*Le gendarme de la Bourse américaine s'intéresse de près à quatre traders genevois qu'il soupçonne de délit d'initié. Leurs secrets se trouvaient peut-être sur le BlackBerry de l'un d'entre eux, mais le téléphone est malencontreusement tombé dans l'eau*

Robert Nesbitt a tout vu depuis son bureau flambant neuf de la 100e rue, à Washington. Ce spécialiste de la «surveillance des marchés» travaille au sein d'une nouvelle unité de la Commission boursière américaine (SEC) créée en 2010 pour lutter contre les «abus de marché» en tous genres. Lui, comme sa quarantaine de collègues, passe leurs journées à observer les marchés boursiers mondiaux en quête de «transactions suspectes». Ils utilisent aussi une base de données appelée TRC (Tips, Complaints and Referrals), développée conjointement avec l'unité d'analyse comportementale du FBI, qui récolte l'ensemble des dénonciations et des tuyaux anonymes adressés à la SEC.

L'été dernier, l'attention de Robert Nesbitt a été attirée par une série de transactions suspectes sur le cours d'un petit producteur espagnol d'installations électriques, Telvent GIT. Une semaine avant l'annonce de son rachat par le français Schneider Electric, des petits chanceux avaient misé gros, et en plein dans le mille. Le communiqué annonçant le rachat, diffusé le 1er juin 2011 avant l'ouverture des marchés, a multiplié leur mise par six. Les inconnus avaient aussitôt liquidé leurs positions et empoché leur gain.

Pour la SEC, l'affaire ne fait pas un pli: «l'achat d'options en grandes quantités quelques jours avant une annonce publique suivie de leur revente immédiate est un comportement typique, qui implique de forts soupçons de délit d'initié», a expliqué Robert Nesbitt devant un tribunal. Moins d'un mois après la transaction, les enquêteurs de la SEC étaient remontés jusqu'à une banque libanaise, Audi Saradar Private Bank. Mais la piste s'évanouissait là. Et puis un nom leur est arrivé aux oreilles.

Le 4 novembre dernier, la SEC a porté plainte contre un trader d'origine libanaise installé à Genève, Antoine Khalife. Le patron de la société Iris Capital, basée à Beyrouth, est accusé d'être à l'origine des transactions suspectes sur le titre Telvent.

La SEC dit être remontée jusqu'à lui grâce aux informations réunies dans une autre affaire lancée sept mois plus tôt et impliquant un autre financier genevois. Le trader d'origine turque, Yomi Rodrig, avait lui aussi fait l'objet d'une plainte pour délit d'initié. Lors d'une croisière sur la Méditerranée, en

juillet dernier, le trader avait soudain acheté un million d'actions de la société américaine Arch Chemicals, un titre sur lequel il n'avait jamais misé auparavant. Un pari apparemment risqué, mais qui s'était soldé par une formidable plus-value. Au matin du 11 juillet, l'annonce surprise du rachat de la compagnie par le Suisse Lonza avait fait bondir le titre. Le coup avait rapporté 16 millions de dollars au trader et à ses sociétés.

Les autorités américaines n'ont pas lésiné pour éclaircir les dessous du jackpot de Yomi Rodrig. La SEC a d'abord fait saisir 23 millions de dollars détenus par ses sociétés et partenaires à New York, puis adressé des commissions rogatoires en France, en Grande-Bretagne, au Luxembourg, aux Bahamas, en Hollande et en Suisse. Les enquêteurs américains ont fait saisir les e-mails et les relevés téléphoniques de la société, et interrogé huit de ses employés à Genève.

Un seul élément a échappé aux enquêteurs: le BlackBerry du trader. Yomi Rodrig a expliqué que son téléphone était devenu inutilisable après être «tombé dans l'eau» le 11 août dernier et qu'il disposait d'un devis de Swisscom pour le prouver. La SEC, qui cherchait à obtenir les SMS du trader et sa liste de contacts, considère cette disparition comme une destruction de preuves.

Malgré cette pièce manquante, la Commission dit être en mesure de prouver que «Yomi Rodrig et ses associés» étaient engagés dans des délits d'initiés en série depuis au moins 2007. Outre Yomi Rodrig et Antoine Khalife, le «réseau» s'étendrait à deux autres investisseurs genevois. Parmi eux, l'investisseur français L. S., surnommé le «génie des génies» sur des forums de boursicoteurs en ligne. Les bureaux de ces quatre traders au nez creux se trouvent tous à moins de 400 mètres l'un de l'autre au centre de Genève.

Interrogés par «Le Matin Dimanche», deux des quatre financiers jurent ne pas se connaître, ou seulement «de vue», et n'avoir jamais fait d'affaires ensemble. Tous nient vigoureusement les faits qui leur sont reprochés. Le fait que plusieurs d'entre eux aient misé sur le titre Telvent en juin dernier ne serait qu'un «hasard». Antoine Khalife, n'a pas répondu à nos messages.

Dans un retournement de situation inattendu, le 24 février, le gendarme boursier a proposé au juge [de mettre fin aux poursuites](#) lancées l'été dernier contre Yomi Rodrig. La SEC justifie cette demande par sa volonté d'instruire une affaire de plus grande ampleur contre les trois autres traders. L'entourage de Yomi Rodrig estime qu'au contraire, cet abandon des charges montre seulement à quel point «le dossier de la SEC est vide». Il nie avoir livré des informationssur les trois financiers

genevois, qu'il dit ne pas connaître. Yomi Rodrig est défendu par une star du barreau new-yorkais, Ira Lee Sorkin, qui représente notamment Bernard Madoff