# Exhibit D

**From:** raphael.pretre@bnpparibas.com [mailto:raphael.pretre@bnpparibas.com]
**Sent:** Monday, May 14, 2012 09:04
**To:** akhalife@mktcapital.com
**Subject:** Agreement between our two Establishments
**Importance:** High

Antoine,

I must unfortunately inform you that the management of our Bank has made the decision to annul with immediate effect the Agreement which binds us.

This decision was made at the request of our Compliance department, following, in particular, a recent press article in which you are cited.

In view of the extent of our relationship, the Bank did not wish to take any risk of its reputation in the current context.

I hope that you will understand this decision, which I sincerely regret, having personally appreciated our relationship, which has always been very cordial.

A letter confirming the terms of this annulment will be sent to you in the next few days.

I remain at your disposal if you have any questions, even though unfortunately this decision is irrevocable.

Best regards,
Raphaël



143 RODNEY STREET

BROOKLYN, N.Y. 11211

TEL: (718) 384-8040

FAX: (718) 388-3516

## CERTIFICATE OF ACCURACY

I, Rachel Weiss, Project Manager at Targem Translations, Inc., located at 143 Rodney Street in Brooklyn, New York, do hereby certify that our translators who are capable of professionally translating from French into English and vice versa, have completed the translation of file name 'E-Mail May 14 (00120663)' and 'Article(00120664)' from French into English faithfully, to the best of their knowledge and ability.

Date: October 18, 2012

Rachel Weiss

PROFESSIONAL TRANSLATIONS OF FOREIGN LANGUAGES

**De :** raphael.pretre@bnpparibas.com [mailto:raphael.pretre@bnpparibas.com]
**Envoyé :** lundi 14 mai 2012 09:04
**À :** akhalife@mktcapital.com
**Objet :** Convention entre nos deux Etablissements
**Importance :** Haute

Antoine,

Je dois malheureusement t'annoncer que le management de notre Banque a pris la décision d'annuler avec effet immédiat la Convention qui nous lie.

Celle-ci a été prise à la demande de notre département Compliance. suite, notamment, à un article de presse récent où tu es cité.

Au vu de la taille de notre relation, la Banque ne veut prendre aucun risque de réputation dans le contexte actuel.

J'espère que tu comprendras cette décision, que je regrette sincèrement, ayant personnellement apprécié nos relations qui ont toujours été très cordiales.

Une lettre confirmant les modalités de cette annulation te sera adressée dans les prochains jours.

Je reste à ta disposition si tu as des questions même si hélas cette décision est irrévocable.

Meilleures salutations.
Raphaël