

**DIVISION OF
ENFORCEMENT**

**UNITED STATES
SECURITIES AND EXCHANGE
COMMISSION**
100 F Street, N.E.
Washington, D.C. 20549



Paul W. Kisslinger
Assistant Chief Litigation Counsel

Telephone (202) 551-4427
Facsimile (202) 772-9292

October 24, 2012

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: Oct 26, 2012
```

<u>By U.P.S. Overnight Mail</u>

Honorable Thomas P. Griesa
U.S. District Court
Southern District of New York
500 Pearl Street
New York, NY 10007-1312

Re:   *SEC v. Iris Capital Securities S.A.L., Antoine Khalife, et al.*, 11-cv-3794 (TPG)

Dear Judge Griesa:

I am trial counsel for plaintiff Securities and Exchange Commission ("SEC") in the above captioned insider trading action. Pending before the Court is (1) the SEC's motion to voluntarily dismiss this case without prejudice, per letter brief submitted by the SEC on May 21, 2012; and (2) a cross motion for summary judgment, and opposition to the SEC's motion to dismiss, filed on October 19, 2012 by the defendants. Per endorsed letter [Dkt. 52], the SEC's reply on its motion to dismiss is due October 26, 2012. Per Local Rule 6.1(b), the SEC's opposition to the defendants' summary judgment motion would be due on November 2, 2012.

Due to the many issues raised in defendants' opposition and cross motion, the SEC hereby requests that its deadline to reply and respond to the defendants' motion be extended to November 13, 2012. This is the SEC's first request for an extension. Defendants have agreed to this request provided that they receive until December 4, 2012 to submit a reply to their motion.

Respectfully submitted,

*/s/ Paul W. Kisslinger*
Paul W. Kisslinger

Cc:   (by electronic mail):
      Paul Batista
      Bradley N. Nash

*Approved.
Thomas P. Griesa
SDJ 10/26/12*