UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>       Plaintiff,<br><br>v.<br><br>IRIS CAPITAL SECURITIES S.A.L., ANTOINE KHALIFE, and ONE OR MORE UNKNOWN PURCHASERS OF SECURITIES OF TELVENT GIT, S.A.,<br><br>       Defendants. | Civil Action No. 11-cv-3794 (TPG)<br><br>ECF CASE |

## NOTICE OF MOTION

  PLEASE TAKE NOTICE that Plaintiff Securities and Exchange Commission hereby moves the Court to continue or stay briefing on Defendants' motion for summary judgment filed on October 19, 2012 [Dkt. 60] until the Court rules on the SEC's pending motion to dismiss the action without prejudice, pursuant to Fed. R. Civ. P. 41(a)(2), submitted on May 21, 2012.

  The SEC's opposition is currently due on November 13, 2012.


Dated: November 6, 2012        /s  Paul W. Kisslinger
                   Paul W. Kisslinger (PK0764)
                   U.S. SECURITIES AND EXCHANGE COMMISSION
                   100 F Street, NE
                   Washington, D.C. 20549-4030
                   (202) 551-4427
                   (202) 772-9246 (Fax)