UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
SECURITIES AND EXCHANGE COMMISSION,

                Plaintiff,

-against-

ONE OR MORE UNKNOWN PURCHASERS
OF SECURITIES OF TELVENT GOT, SA, et al.,

                Defendants.
-----------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____

11 **CIVIL** 3794 (TPG)

**JUDGMENT**

      Plaintiff ("SEC") having moved to dismiss its own case without prejudice, Defendants having subsequently moved for summary judgment, and the matter having come before the Honorable Thomas P. Griesa, United States District Judge, and the Court, on April 17, 2013, having rendered its Opinion granting SEC's motion to dismiss the action without prejudice and therefore denying Defendants' motion for summary judgment as moot, it is,

      **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion dated April 17, 2013, SEC's motion to dismiss the action without prejudice is granted and Defendants' motion for summary judgment is therefore moot and, accordingly, is denied.

**Dated:** New York, New York
          April 19, 2013

                                            RUBY J. KRAJICK
                                            _____
                                                  Clerk of Court
                                      BY:
                                                        Deputy Clerk

                                          **THIS DOCUMENT WAS ENTERED**
                                          **ON THE DOCKET ON** _____